UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                :

JUAN HERNANDEZ,                   :

             Plaintiff,      :

                                :         24-CV-07358 (JAV)

       -v-                    :

                                :           ORDER

                                :

LIBERTY ONE BRONX LLC, et al.,    :

                                :

             Defendants.     :

                                :

                                :
---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       It is hereby ORDERED that Plaintiff Juan Hernandez and Defendant Liberty One Bronx

LLC appear for a conference with the Court on **October 8, 2025,** at **2:30 PM**, in Courtroom

14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New

York 10007.  The parties should be prepared to discuss the recently submitted Motion for

Settlement Approval, ECF No. 81.

       SO ORDERED.

Dated: October 1, 2025
      New York, New York

                           _____
                           JEANNETTE A. VARGAS
                           United States District Judge