UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
JUAN HERNANDEZ,            :
            :
         Plaintiff,            :
            :     24-CV-07358 (JAV)
    -v-            :
            :     <u>ORDER</u>
LIBERTY ONE BRONX LLC, et al.,            :
            :
         Defendants.            :
            :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held earlier today, the Motion for Settlement Approval, ECF No. 81, submitted by Plaintiff Juan Hernandez and Defendant Liberty One Bronx LLC is **GRANTED**.

      Upon questioning by the Court, the parties affirmed that the releases contained in paragraph 3 of the Settlement Agreement were intended to be limited to wage and hour claims, and do not extend to other causes of action. The Court therefore approves the settlement agreement subject to the condition that the release contained therein is limited exclusively to wage and hour claims.

      The Clerk of Court is directed to terminate ECF No. 81.

      SO ORDERED.

Dated: October 8, 2025                    _____
      New York, New York               JEANNETTE A. VARGAS
                                     United States District Judge